IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TORIAN MARQUISE GAITHER,

     **Plaintiff,**

v.                             **Civil Action No. 3:26CV170**

CAPTAIN JEFFERSON, *et al.*,

     **Defendants.**

## MEMORANDUM OPINION

By Memorandum Order entered on March 13, 2026, the Court conditionally docketed Plaintiff's civil action. At that time, the Court directed Plaintiff to submit a statement under oath or penalty of perjury that:

(A)    Identifies the nature of the action;
(B)    States his belief that he is entitled to relief;
(C)    Avers that he is unable to prepay fees or give security therefor; and,
(D)    Includes a statement of the assets he possesses.

*See* 28 U.S.C. § 1915(a)(1). The Court provided Plaintiff with an *in forma pauperis* affidavit form for this purpose.

Additionally, the Court directed Plaintiff to affirm his intention to pay the full filing fee by signing and returning a consent to the collection of fees form. The Court warned Plaintiff that a failure to comply with either of the above directives within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the orders of this Court.  Plaintiff failed to return a completed *in forma pauperis* affidavit form and a consent to collection of fees form.  As a result, he does not qualify for *in forma pauperis* status.  Furthermore, he has not paid the statutory filing fee for the instant action.  *See* 28 U.S.C. § 1914(a).  Such conduct demonstrates a willful failure to prosecute.  *See* Fed. R. Civ. P. 41(b).  Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

Date: 4/23/2026
Richmond, Virginia

_____
/s/
M. Hannah Lauck
United States District Judge

2